**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

HAROLD SHAWGNESSY SIMS                                                                             PLAINTIFF
ADC #650028

V.                                        NO: 3:16CV00099 JM/PSH

KING *et al*                                                                                                       DEFENDANTS

## ORDER

Plaintiff Harold Shawgnessy Sims, an inmate at the Arkansas Department of Correction's East Arkansas Regional Unit, filed a *pro se* complaint (Doc. No. 2), on April 11, 2016. On April 18, 2016, the Court entered an order directing Sims to file an amended complaint which clarified his claims and explained how this case is different from *Sims v. King*, 3:16CV00016 (Doc. No. 3). Sims was warned that his failure to comply within 30 days would result in the recommended dismissal of his complaint.

More than 30 days have passed, and Sims has not filed an amended complaint as ordered. Sims has filed an addendum (Doc. No. 7), which does not remedy the deficiencies of the original complaint, but he will be granted additional time to comply. Accordingly, Sims is again directed to file an amended complaint with the information previously requested. Sims' failure to do so within 14 days will result in the recommended dismissal of his complaint. The Clerk is directed to send Sims a copy of the Court's April 18, 2016, order (Doc. No. 3).

IT IS SO ORDERED this 25th day of May, 2016.

_____
UNITED STATES MAGISTRATE JUDGE