**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

HAROLD SHAWGNESSY SIMS                                                                                     PLAINTIFF
ADC #650028

V.                                              NO: 3:16CV00099 JM/PSH

KING *et al*                                                                                                          DEFENDANTS

## ORDER

On April 11, 2016, plaintiff Harold Shawgnessy Sims, at the time an inmate in the Arkansas Department of Correction ("ADC"), filed a *pro se* complaint (Doc. No. 2) pursuant to 42 U.S.C. § 1983. He was granted leave to proceed *in forma pauperis* ("IFP") pursuant to 28 U.S.C. § 1915(a) (Doc. No. 3). On June 13, 2016, Sims filed a notice indicating that he is no longer incarcerated by the ADC, and providing a current address for receipt of mail (Doc. No. 14).

When a plaintiff is released from confinement, the Court's policy is to require re-submission of affidavits to determine whether he should be required to pay all, or a portion of, the fees and costs of the lawsuit. If Sims wishes to proceed with this lawsuit, he is directed pay the $350.00 filing fee, or to resubmit an IFP application which reflects his free-world financial status, no later than 30 days after the entry date of this order. Sims' failure to do so will result in the recommended dismissal of this lawsuit.

IT IS THEREFORE ORDERED THAT:

1.      The Clerk is directed to forward an IFP application to Sims.

2.      Sims is directed to submit the $350.00 filing fee, or to complete and sign the IFP application, and file it, no later than 30 days after the entry date of this order. Sims' failure to do so will result in the recommended dismissal of his complaint.

DATED this 14th day of June, 2016.

_____
UNITED STATES MAGISTRATE JUDGE