## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

HAROLD SHAWGNESSY SIMS                                                   PLAINTIFF

V.                           NO: 3:16CV00099 JM/PSH

KING *et al*                                                          DEFENDANTS

## **ORDER**

Plaintiff Harold Shawgnessy Sims, who was formerly held at the Craighead County Detention Center, filed a *pro se* complaint on April 11, 2016, and service was ordered. Service for King, and Felicia King, both of whom are identified as employees of Tiger Commissary at the Craighead County Detention Center, was unsuccessful at the detention center. Doc. Nos. 21 & 22. Sims has now filed two motions for service. Doc. Nos. 26 & 27.

Felicia King's last known home address has been provided and filed under seal in another case. The address for Tiger Commissary was provided in that same case. *See Moore v. King*, ED/AR No. 3:15CV00370, Doc. Nos. 24 & 27. Accordingly, service for King will be attempted at Tiger Commissary, and service for Felicia King will be provided at the private address filed under seal.

Sims has also filed what has been docketed as a motion for an order, in which he appears to request service of the complaint and an order directing the U.S. Marshal to retrieve documents from his private residence, as well as his impounded automobile from a Beebe, Arkansas, business. Doc. No. 28. Sims' request for service has already been made in his other motions, and the Marshal's role is not to retrieve or maintain Sims' personal property. His motion will therefore be denied.

IT IS THEREFORE ORDERED THAT:

1

1. Sims' motions for service, Doc. Nos. 26 & 27 are GRANTED to the extent that service will be attempted for King and Felicia King.

2. The Clerk of the Court is directed to prepare a summons for King and Felicia King, and the United States Marshal is hereby directed to serve a copy of the summons, complaint, addendum, and amended complaint, Doc. Nos. 2, 7, & 10, and this order, upon them, without prepayment of fees and costs or security therefor.

3. Service for Felicia King should be at the addresses provided under seal in *Moore v. King*, ED/AR No. 3:15CV00370, Doc. No. 27.

4. Service for King should be attempted at Tiger Correctional Services, 515 West Washington Ave., Jonesboro, AR 72401.

5. Sims' motion for an order is DENIED. Doc. No. 28.

IT IS SO ORDERED this 30th day of January, 2017.

_____
UNITED STATES MAGISTRATE JUDGE