**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

HAROLD SHAWGNESSY SIMS                                                                    PLAINTIFF
ADC #650028

V.                                          NO: 3:16CV00099 JM/PSH

KING *et al*                                                                                        DEFENDANTS

## ORDER

Plaintiff Harold Shawgnessy Sims filed a *pro se* complaint on April 11, 2016. Among the defendants Sims named was an unidentified Doe. Without a name, service cannot be attempted. Accordingly, Sims is directed to provide a name for Doe, along with a short statement of Doe's involvement in the alleged violations. Sims' failure to do so within 30 days will result in the recommended dismissal of his claims against Doe.

IT IS SO ORDERED this 30th day of March, 2017.

_____
UNITED STATES MAGISTRATE JUDGE