IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**HAROLD SHAWGNESSY SIMS**                                                **PLAINTIFF**

V.                          NO: 3:16CV00099 JM/PSH

**KING,** *et al.*                                                          **DEFENDANTS**

### ORDER

The Court has reviewed the Proposed Findings and Partial Recommended Disposition submitted by United States Magistrate Judge Patricia S. Harris. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Partial Recommended Disposition should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED that Sims' claims against the Doe defendant are DISMISSED WITHOUT PREJUDICE.

DATED this 26th day of July, 2017.

_____
UNITED STATES DISTRICT JUDGE

Case 3:16-cv-00099-JM     Document 51     Filed 07/26/17     Page 2 of 2