# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

**HAROLD SHAWGNESSY SIMS**                                                   **PLAINTIFF**

**V.**                               **NO: 3:16CV00099 JM/PSH**

**KING,** *et al.*                                                     **DEFENDANTS**

## ORDER

Before the Court is the Motion to Adopt Motion for Summary Judgment, Brief in Support of Motion for Summary Judgment and Statement of Undisputed Facts filed on behalf of Defendant Felicia King (Doc. No. 66). King seeks to adopt the motion for summary judgment and related pleadings filed by Defendant Matthew Hall (Doc. Nos. 60-62). For good cause shown, the motion is GRANTED.

IT IS SO ORDERED this 31st day of August, 2017.

                                                                UNITED STATES MAGISTRATE JUDGE