IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**HAROLD SHAWGNESSY SIMS**                                                                  **PLAINTIFF**

v.                         No: 3:16-cv-00099 JM-PSH

**KING,** *et al.*                                                                         **DEFENDANTS**

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Patricia S. Harris, and the objections filed. After carefully considering the objections and making a *de novo* review of the record in this case, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED that Hall's motion for summary judgment, adopted by Felicia King, is granted, and Sims' claim(s) against Defendants are dismissed without prejudice. It is further ordered that the Court certifies that an *in forma pauperis* appeal taken from the order adopting this recommendation and accompanying judgment is considered frivolous and not in good faith.

DATED this 28th day of December, 2017.

                                                           _____
                                                           UNITED STATES DISTRICT JUDGE